UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, EX REL. STEPHEN GUGENHEIM, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** 5:16-CV-410-BO |
| MERIDIAN SENIOR LIVING, LLC, MERIDIAN SENIOR LIVING SERVICES, LLC, CHARLES E. TREFZGER, JR., WP-ALBEMARLE HEALTH HOLDINGS, LLC, BURLINGTON AL HOLDINGS I, LLC, TAYLORSVILLE HOUSE, LLC, WP-NEWLAND HEALTH HOLDINGS, LLC, WP-WINDSOR HEALTH HOLDINGS, LLC, LELAND HOUSE, LLC, WP-YANCEYVILLE HEALTH HOLDINGS, LLC, HICKORY HEALTH INVESTORS, LLC, WP-HAYESVILLE HEALTH HOLDINGS, LLC, CHI HOLDINGS, LLC, DANBY HOUSE, LLC, WP-WINSTON SALEM HEALTH HOLDINGS, LLC, COUNTRY TIME INN, LLC, WP-GASTONIA HEALTH HOLDINGS, LLC, GATES HOUSE, LLC, GREENSBORO AL HOLDINGS, LLC, GREENSBORO OPCO HOLDINGS, LLC, GREENSBORO HEALTH HOLDINGS, LLC, FUQUAY-VARINA HEALTH HOLDINGS, LLC, HAYWOOD HEALTH HOLDINGS, LLC, AHOSKIE HOUSE, LLC, SKYLAND HOUSE, LLC, CLAYTON HEALTH HOLDINGS, LLC, MACON HEALTH HOLDINGS, LLC, MINT HILL HEALTH HOLDINGS, LLC, WP-CHARLOTTE HEALTH HOLDINGS, LLC, CHARLOTTE HEALTH HOLDINGS, LLC, MITCHELL HOUSE ONE, LLC, WEST END HOLDINGS, LLC, CASTLE HAYNE AL HOLDINGS, LLC, NEW HANOVER HOUSE, LLC, RVHI, LLC, RV ASSISTED LIVING, LLC, SHI-ORANGE, LLC, GRANTSBORO OPCO HOLDINGS, LLC, BURGAW HEALTH | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

HOLDINGS, WP-CLINTON HEALTH )
HOLDINGS, LLC, ROSE TARA HOLDINGS, )
LLC, WP-BREVARD HEALTH HOLDINGS, )
LLC, CARY HEALTH HOLDINGS, LLC, WP )
WENDELL HEALTH, LLC, WP-RALEIGH )
HEALTH, LLC, ZHI, LLC, WILSON HOUSE, )
LLC, WP-BURNSVILLE HEALTH HOLDINGS, )
LLC, AFFINITY LIVING GROUP, LLC, )
)
                        Defendants. )
)

**Decision by Court.**
This cause comes before the Court on relator's motion for partial summary judgment and defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion by the North Carolina Senior Living Association for leave to file an amicus curiae brief in support of defendants [DE 149] is ALLOWED. Relator's motion to seal [DE 131] is GRANTED. Relator's motion for partial summary judgment [DE 132] is DENIED. Relator's motion for leave to file exhibits not capable of being filed electronically [DE 140] is DENIED AS MOOT. Relator's motion for extension of time to file substantive motions [DE 141] is GRANTED. Defendants' motion for summary judgment [DE 145] is GRANTED. Defendants' motion for extension of time to file their response to relator's motion for partial summary judgment [DE 159] is GRANTED.

This case is closed.

**This judgment filed and entered on April 21, 2020, and served on:**
Clifford Marshall (via CM/ECF Notice of Electronic Filing)
Jeremy Williams (via CM/ECF Notice of Electronic Filing)
Matthew Lee (via CM/ECF Notice of Electronic Filing)
Jim Phillips, Jr. (via CM/ECF Notice of Electronic Filing)
Michael Dowling (via CM/ECF Notice of Electronic Filing)
D.J. O'Brien, III (via CM/ECF Notice of Electronic Filing)
Jennifer Van Zant (via CM/ECF Notice of Electronic Filing)
Kimberly Marston (via CM/ECF Notice of Electronic Filing)
Christopher Anderson (via CM/ECF Notice of Electronic Filing)
Joshua Royster (via CM/ECF Notice of Electronic Filing)
Matthew Lee (via CM/ECF Notice of Electronic Filing)
Steven McCallister (via CM/ECF Notice of Electronic Filing)

                                                  PETER A. MOORE, JR., CLERK

April 21, 2020

                                                  _/s/Lindsay Stouch_
                                                  By: Deputy Clerk